THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAPPINESS CANDY STORES, INC., Appellant, against JAMES J. SEXTON et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1932 and 1933.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAPPINESS CANDY STORES, INC., Appellant, against WILLIAM S. MILLER et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1934.)

Argued March 14, 1940; decided April 16, 1940.

787

*Leon Brof* for appellant.

*William C. Chanler, Corporation Counsel (Hyman W. Kehl* and *Arthur A. Segall* of counsel), for respondents.

In each proceeding: Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.